**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FILED

FOR THE NINTH CIRCUIT

JUL 28 2015


MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GONZALO JUSAINO-GOMEZ, a.k.a. Jesus Gonzalo Jusaino-Gomez,<br><br>Defendant - Appellant. | Nos. 13-10331<br>        13-10332<br><br>D.C. Nos. 4:04-cr-01796-DCB<br>              4:11-cr-02515-DCB<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted July 21, 2015**

Before:     CANBY, BEA, and MURGUIA, Circuit Judges.

In these consolidated appeals, Gonzalo Jusaino-Gomez appeals his jury-trial

conviction and 92-month sentence for reentry after deportation, in violation of 8

U.S.C. § 1326, and the revocation of supervised release and 12-month consecutive

sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738

---

          *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

          **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Jusaino-Gomez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Jusaino-Gomez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief. We, therefore, affirm Jusaino-Gomez's conviction and sentence in Appeal No. 13-10332, and the revocation of supervised release and sentence in Appeal No. 13-10331.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**